Same case below, 631 F.3d 1168.

**No. 10-10500. Anthony Alexander Bridgewater, Petitioner v. United States.**

564 U.S. 1011, 131 S. Ct. 3010, 180 L. Ed. 2d 835, 2011 U.S. LEXIS 4432.

June 13, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 407 Fed. Appx. 398.

**No. 10-10502. Derrick Lasley, Petitioner v. United States.**

564 U.S. 1011, 131 S. Ct. 3010, 180 L. Ed. 2d 835, 2011 U.S. LEXIS 4439.

June 13, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 412 Fed. Appx. 177.

**No. 10-10503. Derrick Jackson, Petitioner v. United States.**

564 U.S. 1012, 131 S. Ct. 3010, 180 L. Ed. 2d 835, 2011 U.S. LEXIS 4497.

June 13, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 401 Fed. Appx. 712.

**No. 10-10505. Kristopher Davis, Petitioner v. United States.**

564 U.S. 1012, 131 S. Ct. 3010, 180 L. Ed. 2d 835, 2011 U.S. LEXIS 4547.

June 13, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 10-10512. Jose Portorreal, aka Jose Ramon Portorreal-Pena, Petitioner v. United States.**

564 U.S. 1012, 131 S. Ct. 3010, 180 L. Ed. 2d 835, 2011 U.S. LEXIS 4395.

June 13, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 413 Fed. Appx. 314.

**No. 10-10513. Juan Medina-Esqueda, aka Oscar De La Cruz-Esqueda, Petitioner v. United States.**

564 U.S. 1012, 131 S. Ct. 3011, 180 L. Ed. 2d 835, 2011 U.S. LEXIS 4451.

June 13, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 411 Fed. Appx. 710.

**No. 10-10514. Ricardo Olivas, Petitioner v. United States.**

564 U.S. 1012, 131 S. Ct. 3011, 180 L. Ed. 2d 835, 2011 U.S. LEXIS 4542.

June 13, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 405 Fed. Appx. 255.

**No. 10-10520. Rodolfo Torrez-Chavez, Petitioner v. United States.**

564 U.S. 1012, 131 S. Ct. 3011, 180 L. Ed. 2d 835, 2011 U.S. LEXIS 4407.

June 13, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 412 Fed. Appx. 124.